(Rev. 5/85) Judgment in a Civil Case ⊠

# United States District Court

Eastern District of Wisconsin

CRAIG L. MILLER
        Plaintiff,

v.

KENNETH R. MORGAN
        Defendant.

**JUDGMENT IN A CIVIL CASE**

**CASE NUMBER**: 06-C-596

[X]    **Decision by Court**. This action came for consideration before the Court.

**IT IS ORDERED AND ADJUDGED**
that this action is dismissed for lack of jurisdiction.

SOFRON B. NEDILSKY
Clerk of Court

October 17, 2006
Date

s/ Jacki L. Koll
(By) Deputy Clerk

Approved this 17th day of October, 2006.

s/ Rudolph T. Randa
United States District Judge